## CUSTER et al. v. FORTUNA OIL CO.

Nos. 9055 and 10096—Opinion Filed Oct. 28, 1919.

Rehearing Denied March 9, 1920.

RAINEY, J. The facts in this case are substantially the same as in the case of Charles M. Prowant et al. v. John Sealy et al.,

Trustees for Magnolia Petroleum Company, this day decided and the legal propositions involved are identical. The opinion in the last named case, therefore, governs this case and requires an affirmance of the judgment of the trial court.

It is so ordered.

OWEN, C. J., KANE, PITCHFORD, JOHNSON, HIGGINS, and BAILEY, JJ., concur; McNEILL, J., dissents; HARRISON, J., absent.